```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minute of Proceeding
```

OFFICE: TRENTON

JUDGE PETER G. SHERIDAN                      Date:  August 20, 2015

Court Reporter:  Frank Gable

TITLE OF CASE:                         CIVIL 14- 7081 (PGS)
BING LI, et al

     vs.
AETERNA ZENTARIS, INC., et al

APPEARANCES:

Laurence Rosen and Robert V. Prongay, Esqs for Plaintiffs
Michael R. Smith and Alexandra S. Peuarch, Esqs for Defendants

NATURE OF PROCEEDINGS:

Hearing on motion [36] by Aeterna Zentaris, Inc., Paul Blake, Jude Dinge, David A. Dodd, Juergen Engel, Richard Sachse, Dennis Turpin to Dismiss Lead Plaintiffs' Amended Class Action Complaint. Ordered motion reserved.


TIME COMMENCED: 12:15  PM                 Dolores J. Hicks
TIME ADJOURNED:  1:15  PM                 Deputy Clerk
TOTAL TIME:      1:00