```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                   Minute of Proceeding
```

OFFICE: TRENTON

JUDGE PETER G. SHERIDAN                 Date: September 14, 2015

Court Reporter:  Frank Gable

TITLE OF CASE:                          CIVIL 14- 7081 (PGS)
BING LI, et al

     vs.
AETERNA ZENTARIS, INC., et al

APPEARANCES:

Laurence Rosen and Robert V. Prongay, Esqs for Plaintiffs
Michael R. Smith and Alexandra S. Peuarch, Esqs for Defendants

NATURE OF PROCEEDINGS:
No Appearance held.

Decision on motion [36] by Aeterna Zentaris, Inc., Paul Blake, Jude Dinge, David A. Dodd, Juergen Engel, Richard Sachse, Dennis Turpin to Dismiss Lead Plaintiffs' Amended Class Action Complaint. Ordered motion Granted.

Order to be filed.


TIME COMMENCED: 2:00  PM              Dolores J. Hicks
TIME ADJOURNED: 2:30  PM              Deputy Clerk
TOTAL TIME:      0:30