**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BING LI, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>AETERNA ZENTARIS, INC., DAVID A. DODD, JUERGEN ENGEL, DENNIS TURPIN, JUDE DINGES, RICHARD SACHSE, and PAUL BLAKE, | Case No.: 3:14-CV-07081-PGS |

**DECLARATION OF LAURENCE ROSEN IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Laurence Rosen, declare the following pursuant to 28 U.S.C. § 1746:

1. I am the managing attorney at The Rosen Law Firm, P.A., Co-Lead Counsel to Lead Plaintiffs and the proposed Class Representatives in this action. I make this declaration in support of Plaintiffs' Motion for Class Certification.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of the Declaration of Dr. Adam Werner.

3. Attached as Exhibit 2 to this declaration is a true and correct copy of the firm résumé of The Rosen Law Firm, P.A.

4. Attached as Exhibit 3 to this declaration is a true and correct copy of the firm résumé of Glancy Prongay & Murray LLP.

5. Attached as Exhibit 4 to this declaration is a true and correct copy of the firm résumé of Carella, Byrne, Cecchi, Olstein, Brody & Agnello.

6. Attached as Exhibit 5 to this declaration is a true and correct copy of the Declaration of Lead Plaintiff and proposed Class Representative Phong Thomas Dinh.

1

2

7. Attached as Exhibit 6 to this declaration is a true and correct copy of the Declaration of Lead Plaintiff and proposed Class Representative Jamshid Khodavandi.

8. Attached as Exhibit 7 to this declaration is a true and correct copy of the Declaration of Lead Plaintiff and proposed Class Representative Gregory Vizirgianakis.

Signed on this 9th day of December, 2016, in South Orange, New Jersey. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Laurence Rosen*
Laurence Rosen

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 8, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the District of New Jersey, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 8, 2017.

*s/ Laurence M. Rosen*
Laurence M. Rosen

# Mailing Information for a Case 3:14-cv-07081-PGS-TJB LI v. AETERNA ZENTARIS, INC. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **JAMES E. CECCHI**
  jcecchi@carellabyrne.com,ltaylor@carellabyrne.com,mrago@carellabyrne.com,zbower@carellabyrne.com

- **DONALD A. ECKLUND**
  decklund@carellabyrne.com

- **AUSTIN A. EVANS**
  aevans@kslaw.com

- **GARY S. GRAIFMAN**
  ggraifman@kgglaw.com,mbraunstein@kgglaw.com,ccornfield@kgglaw.com

- **BRUCE DANIEL GREENBERG**
  bgreenberg@litedepalma.com,epalomino@litedepalma.com

- **PHILLIP KIM**
  pkim@rosenlegal.com

- **BRIAN P. MURRAY**
  bmurray@glancylaw.com

- **ROBERT V. PRONGAY**
  rprongay@glancylaw.com

- **LAURENCE M. ROSEN**
  lrosen@rosenlegal.com

- **YU SHI**
  yshi@rosenlegal.com

- **ERICA L. STONE**
  estone@rosenlegal.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`