Austin A. Evans
Michael R. Smith (*pro hac vice*)
B. Warren Pope (*pro hac vice*)
Brandon R. Keel (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
aevans@kslaw.com
mrsmith@kslaw.com
wpope@kslaw.com
bkeel@kslaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| BING LI, *et al.*, | ) | |
| | ) | Civil Action No. |
| Plaintiffs, | ) | 3:14-CV-07081-PGS |
| | ) | |
| v. | ) | |
| | ) | |
| AETERNA ZENTARIS, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF AUSTIN A. EVANS
## IN SUPPORT OF DEFENDANTS' OPPOSITION
## TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Austin A. Evans, declare as follows:

1.      I am over the age of twenty-one and am a resident of the State of Georgia.

2.      I am a Senior Associate with the law firm of King & Spalding LLP, located at 1180 Peachtree Street, N.E., Atlanta, GA 30309. I am one of the attorneys representing Defendants in the above-captioned matter.

3.      I submit this declaration in support of Defendants' Opposition to Lead Plaintiffs' Motion for Class Certification.

4.      Attached as **Exhibit 1** is a true and correct copy of Aeterna's Annual Report For The Fiscal Year Ended December 31, 2016, on Form 20-F, as filed with the SEC on March 15, 2017.

5.      Attached as **Exhibit 2** is a true and correct copy of Aeterna's Annual Report For The Fiscal Year Ended December 31, 2010, on Form 20-F, as filed with the SEC on March 31, 2011.

6.      Attached as **Exhibit 3** is a true and correct copy of Aeterna's Annual Report For The Fiscal Year Ended December 31, 2012, on Form 20-F, as filed with the SEC on March 21, 2013.

7.      Attached as **Exhibit 4** is a true and correct copy of a document titled "Special Protocol Assessment Guidance for Industry," dated as of April 20, 2016,

which is available at https://www.fda.gov/downloads/Drugs/GuidanceCompliance
RegulatoryInformation/Guidances/UCM498793.pdf.

8.      Attached as **Exhibit 5** is a true and correct copy of Aeterna's press release titled: "FDA Issues Complete Response Letter for Aeterna Zentaris' MacrilenTM NDA in Adult Growth Hormone Deficiency," dated as of November 6, 2014.

9.      Attached as **Exhibit 6** is a true and correct copy of excerpts of the Deposition of Adam Werner, Ph.D., which was taken on February 10, 2017.

10.     Attached as **Exhibit 7** is a true and correct copy of the Expert Report of David I. Tabak, Ph.D., dated March 23, 2017.

11.     Attached as **Exhibit 8** is a true and correct copy of excerpts of the Deposition of Jamshid Khodavandi, which was taken on February 17, 2017.

12.     Attached as **Exhibit 9** is a true and correct copy of excerpts of the Deposition of Phong Thomas Dinh, which was taken on February 23, 2017.

13.     Attached as **Exhibit 10** is a true and correct copy of excerpts of the Deposition of Dr. Gregory Vizirgianakis, which was taken on March 15, 2017.

14.     Attached as **Exhibit 11** is a true and correct copy of the document produced by Plaintiffs with production numbers PL_DINH_000001-25.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: March 23, 2017                                  Respectfully submitted,

                                                       *s/ Austin A. Evans*
                                                       Austin A. Evans
                                                       KING & SPALDING LLP
                                                       1180 Peachtree Street, NE
                                                       Atlanta, GA 30309
                                                       Tel: (404) 572-4600
                                                       Fax: (404) 572-5100

                                                       *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 23, 2017, a true and correct copy of the foregoing was served via e-mail on the counsel of record listed below. I further certify that, on May 8, 2017, I caused a true and correct copy of the foregoing to be filed via the Court's ECF system, which will send notice to all counsel of record.

| | |
|---|---|
| Laurence M. Rosen, Esq.<br>Yu Shi, Esq.<br>THE ROSEN LAW FIRM, P.A.<br>609 W. South Orange Avenue<br>Suite 2P<br>South Orange, NJ 07079<br>Tel: (973) 313-1887<br>Fax: (973) 833-0399<br><br>*Attorneys for Lead Plaintiffs* | Kevin F. Ruf, Esq.<br>Kara M. Wolke, Esq.<br>Elaine Chang, Esq.<br>Glancy Prongay & Murray LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Tel: (310) 201-9150<br>Fax: (310) 432-1495<br><br>*Attorneys for Lead Plaintiffs* |
| Donald A. Ecklund, Esq.<br>James E. Cecchi, Esq.<br>CARELLA, BYRNE, CECCHI,<br>OLSTEIN, BRODY & AGNELLO,<br>P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 07068<br>Tel: (973) 994-1700<br>Fax: (973) 994-1744<br><br>*Attorneys for Lead Plaintiffs* | |

Dated: May 8, 2017

*/s/ Austin A. Evans*
Austin A. Evans

5