**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BING LI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>AETERNA ZENTARIS INC., DAVID A. DODD, JUERGEN ENGEL, and PAUL BLAKE<br>Defendants. | Case No. 3:14-cv-07081-PGS-TJB<br><br>CLASS ACTION<br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUND**<br><br>Motion Day: November 15, 2021<br><br>Hon. Peter G. Sheridan |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 15, 2021, Lead Plaintiffs Phong Thomas Dinh, Jamshid Khodavandi, and Gregory Vizirgianakis (collectively, "Plaintiffs") will move this Court, the Honorable Peter G. Sheridan, United States District Judge for the District of New Jersey, in Courtroom 4E, of the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for entry of the [Proposed] Order Granting Distribution of Class Action Settlement Fund ("Class Distribution Order").[1] Among other things, the Class Distribution Order: (i) approves the Claims Administrator's recommendations accepting and rejecting Claims submitted in the Actions ; and (ii) directs distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law, the Declaration of Paul Mulholland Concerning the Results of the Claims Administration Process

[1] Unless otherwise defined, capitalized terms herein have the same meanings attributed to them in the Stipulation and Agreement of Settlement dated July 22, 2020 (Dkt. No.169-1).

("Mulholland Declaration") and the exhibits thereto. Plaintiffs respectfully request that the Court decide the Motion on the papers, and enter the Class Distribution Order.

Dated: October 12, 2021

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ *Laurence M. Rosen*
Laurence M. Rosen
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399

Yu Shi
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827

**GLANCY PRONGAY & MURRAY LLP**
Kara M. Wolke
Kevin F. Ruf
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO**
James E. Cecchi
Donald A. Ecklund
Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973) 994-1744

*Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2021 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence M. Rosen*
Laurence M. Rosen